CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 29 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action No. 7:11cr00072 |
| Plaintiff, | ) | |
| | ) | **§ 2255 FINAL ORDER** |
| v. | ) | |
| RICHARD CHRIS WELCH, | ) | |
| | ) | By: Samuel G. Wilson |
| Defendant. | ) | United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that Welch's motion to vacate, set aside, or correct his sentence is **DENIED**, and this action is **STRICKEN** from the active docket of the court. Further, finding that Welch has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**. The Clerk of the Court is directed to send certified copies of this memorandum opinion and order to Welch.

**ENTER:** April 29, 2013.

UNITED STATES DISTRICT JUDGE